UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  14-30712 |
| Freda Williams | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order granting Secured Creditor Brandywine Towne Houses Improvement Association Motion for Relief from Stay**

THIS CAUSE having come before the Court on Secured Creditor Brandywine Towne Houses Improvement Association's Motion for Relief from Stay, and the Court being duly advised on the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion of Secured Creditor, Brandywine Towne Houses Improvement Association is granted. The automatic stay is lifted as to Brandywine Towne Houses Improvement Association as to the property commonly known as 1 S. 223 Danby Street, Villa Park, IL 60181.

2. The stay pursuant to Bankruptcy Rule 4001(a)(3) is hereby waived.

Enter:

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  April 03, 2015

**Prepared by:**

Dawn L. Moody
Attorney Number 06283567
Keough & Moody, P.C.
1250 E. Diehl Road, Suite 405
Naperville, IL 60563
(630) 369-2700